UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 26-1151-GW-KESx | Date | June 30, 2026 |
|---|---|---|---|
| Title | *Richard Guardado v. City Electric Supply Company, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                    None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 29, 2026, Plaintiff Richard Guardado filed a Notice of Settlement [15]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 30, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 28, 2026.

                                                                    :

                              Initials of Preparer   JG